HELEN SNYDER *v.* ANNA HAMMER, ET AL.

[No. 65, October Term, 1941.]

*Decided January 13, 1942.*

 

The cause was argued before BOND, C. J., SLOAN, JOHNSON, DELAPLAINE, COLLINS, FORSYTHE, and MARBURY, JJ.

*R. Contee Rose,* with whom was *Albert H. Frankel* on the brief, for the appellant.

*Harold Buchman,* with whom were *Kohlerman & Dumler* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.